**Heidi L. Mandt, OSB #953459**
hmandt@williamskastner.com
**Bradley P. Hill, OSB #116381**
bhill@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Phone: (503) 228-7967
Fax: (503) 222-7261
*Attorneys for Defendants J.B. Hunt Transport, Inc.*
*and Andrew Addo*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MARGARET VAUGHAN,**<br><br>Plaintiff,<br><br>v.<br><br>**J.B. HUNT TRANSPORT, INC.; and ANDREW ADDO,**<br><br>Defendants. | Case No. 3:21-cv-00589-JR<br><br>STIPULATED JUDGMENT OF DISMISSAL |

Based upon the stipulation of the parties hereto, pursuant to FRCP 41(a)(1), and it appearing that the within matter has been fully compromised and settled,

IT IS HEREBY ORDERED that the within matter is dismissed with prejudice and without costs to all parties.

/ / /

Page 1 -   STIPULATED JUDGMENT OF DISMISSAL

**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: (503) 228-7967• Fax (503) 222-7261

4910-2481-6696.1

IT IS SO STIPULATED:

Dated: April 18, 2025

                D'AMORE LAW GROUP

                */s/ Doug Oh-Keith*
                Tom D'Amore, OSB #922735
                tom@damorelaw.com
                Doug Oh-Keith, OSB #064585
                doug@damorelaw.com

                ***Of Attorneys for Plaintiff***

Dated: April 18, 2025

                WILLIAMS KASTNER

                */s/ Bradley P. Hill*
                Heidi L. Mandt, OSB # 953459
                hmandt@williamskastner.com
                Bradley P. Hill, OSB #116381
                bhill@williamskastner.com

                ***Of Attorneys for Defendants***

Page 2 -   STIPULATED JUDGMENT OF DISMISSAL

**Williams, Kastner & Gibbs PLLC**
805 SW Broadway, Suite 2440
Portland, OR 97205-3317
Telephone: (503) 228-7967• Fax (503) 222-7261

4910-2481-6696.1